IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Debtor. <br><br> HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., et al., <br><br> Appellants, <br><br> VS. <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P., <br><br> Appellee. | Civil Action No. 3:21-CV-1895-D <br> (Bank. Ct. No. 19-34054-sgj-11) |

APPEAL FROM THE
UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**ORDER**

The court is advised by the clerk of court that Douglas Draper, Esquire and Jeffery N. Pomerantz, Esquire, whose names appear on the docket in this appeal, are not members of the Bar of the Northern District of Texas. Accordingly, within 14 days of the date of this order, Messrs. Draper and Pomerantz must either (1) provide to the court, and to the clerk of court, satisfactory documentation of membership in the Bar of this court[*] or (2) apply for membership in the Bar or for

---

[*] A letter stating the date of counsel's admission to the Bar of this court is satisfactory documentation.

admission *pro hac vice* for this bankruptcy appeal.

**SO ORDERED**.

September 14, 2021.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE