UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P.<br><br>　　　　　　　　　　　　Debtor(s)<br><br>Highland Capital Management Fund Advisors, L.P et al<br>　　　　　　　　　　　　Appellant(s)<br>　vs.<br>Highland Capital Management, L.P.<br>　　　　　　　　　　　　Appellee(s) | § § § § § § § § § § § § § § § | Case No.:　19−34054−sgj11<br>Chapter No.:　11<br>Civil Case No.:　　3:21−CV−1895−D |

# TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

　Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 8/4/2021 regarding [2599] )Order granting Debtor's Motion for Entry of an Order (i) Authorizing the (A) Creation of an Indemnity Subtrust and (B) Entry into an Indemnity Trust Agreement and (ii) Granting Related Relief (related document # 2491) Entered on 7/21/2021 by Highland Capital Management Fund Advisors, L.P., et al in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

　This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8010 of the Federal Rules of Bankruptcy Procedure.

　All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

　The above referenced record was delivered to the U.S. District Clerk's Office on September 17, 2021.

DATED:　9/17/21　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court

　　　　　　　　　　　　　　　　　　by: /s/J. Blanco, Deputy Clerk