IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE HIGHLAND CAPITAL MANAGEMENT, L.P., § § § | |
| Debtor. § § | |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., et al., § § § | Civil Action No. 3:21-CV-1895-D |
| Appellants, § § | (Bank. Ct. No. 19-34054-sgj-11) |
| VS. § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., § § § | |
| Appellee. § | |

APPEAL FROM THE
UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**ORDER**

Appellee's October 15, 2021 motion to dismiss appeal as equitably moot is carried with the appeal.

The court intends to hold oral argument in this appeal. Counsel are requested to confer regarding their availability, and preference, for argument on any the following dates: January 10, 11, 12, 13, 19 (afternoon only), 20, 24, 25, 26, 27, or 31, 2022. If counsel are not reasonably available on any of these dates, the court will consider later dates that counsel jointly propose.

Counsel may provide this information to the court by submitting a letter—which may be signed by one attorney on behalf of all counsel of record—to Fitzwater_Orders@txnd.uscourts.gov.

**SO ORDERED**.

November 18, 2021.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE