Case No. 3:21-cv-01895-D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

In re: Highland Capital Management, L.P.,

     Reorganized Debtor.

HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.,
NEXPOINT ADVISORS, L.P., and THE DUGABOY INVESTMENT TRUST,

Appellants

v.

HIGHLAND CAPITAL MANAGEMENT, L.P.,

Appellee

On Appeal from the
United States Bankruptcy Court, Northern District of Texas, Dallas Division
Case No. 19-34054-sgj11 (Hon. Stacey G.C. Jernigan)

## SUPPLEMENT TO
## APPELLEE'S MOTION TO DISMISS APPEAL AS
## CONSTITUTIONALLY MOOT

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 266326)
Jordan A. Kroop (NY Bar No. 2680882)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for Appellee*

Appellee Highland[1] respectfully supplements its motion to dismiss this appeal as constitutionally moot [Dkt. No. 33] (the "**Motion**") to advise the Court of a critical development that occurred today in the bankruptcy court directly affecting Appellant NexPoint's lack of standing.

NexPoint acquired one disputed general unsecured claim against the Highland estate, the Covitz Claim, shortly before the Motion was filed. Appellee argued in the Motion that the Covitz Claim cannot confer standing on NexPoint for at least two reasons. Earlier today, **the bankruptcy court entered an order disallowing the Covitz Claim.**[2] As a result, neither NexPoint, nor either of the other two Appellants, possesses any general unsecured claim against Highland's bankruptcy estate.

No Appellant has a sufficient legal interest to maintain this appeal, which is moot, and should be dismissed for the reasons stated in the Motion.

---

[1] All capitalized terms not defined in this supplement retain the meanings given to them in the Motion.
[2] Bankruptcy Docket No. 3180.

DOCS_NY:44923.1 36027/003

Dated:  January 13, 2022

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 266326)
Jordan A. Kroop (NY Bar No. 2680882)
Gregory V. Demo (NY Bar No. 5371992)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
        jmorris@pszjlaw.com
        jkroop@pszjlaw.com
        gdemo@pszjlaw.com
-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email: MHayward@HaywardFirm.com
        ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P.*

3

## CERTIFICATE OF COMPLIANCE WITH RULE 8013

The undersigned hereby certifies that this Supplement complies with the type-volume limitation set by Rule 8013(f)(3) of the Federal Rules of Bankruptcy Procedure. This Supplement contains 158 words.

*/s/ Zachery Z. Annable*
Zachery Z. Annable

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on January 13, 2022, a true and correct copy of the foregoing Supplement was served electronically upon all parties registered to receive electronic notice in this case via the Court's CM/ECF system.

*/s/ Zachery Z. Annable*
Zachery Z. Annable
